IN THE UNITED STATES DISTRICT COURT OF MISSOURI
WESTERN DISTRICT

| JACQUELYN McQUISTON *et al.* | ) |
|---|---|
|     Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 5:20-6073-SRB |
| | ) |
| WALMART STORES EAST I, L.P. | ) |
|     Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW, **G. GRAY LAW, LLC**, by and through its attorney of record **Gerald Gray II,** and hereby enters its appearance on behalf of **Plaintiffs, Raylene Vandorn, individually and as Personal Representative to Jacquelyn McQuiston, deceased ("Vandorn"), Patricia Samuel, and Jerald Samuel**, (collectively "Plaintiffs") in the above-captioned matter.

                                    **RESPECTFULLY SUBMITTED,**

                                    **/s/** *Gerald Gray II*
                                    Gerald Gray II, #26749
                                    **G. GRAY LAW, LLC**
                                    104 W. STREET, SUITE 401
                                    KANSAS CITY, MO 64105
                                    (O) 816-888-3145
                                    (F) 816-817-4683
                                    ggraylaw@outlook.com
                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of October, 2020, the foregoing was electronically mailed to:

Mitchell E. Wood (MO #59663)
Kathryn A. Wright (MO #71355)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX:(913) 529-1199

E-MAIL: mwood@halbrookwoodlaw.com
E-MAIL: kwright@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

/s/ *Gerald Gray II*

Attorney for Plaintiffs